# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-61134

---

Alex Francois,

*Petitioner*,

*versus*

William P. Barr, *U.S. Attorney General*,

*Respondent.*

---

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A213 071 387

---

ORDER:

    Petitioner moves this court for leave to proceed in forma pauperis on review of a decision of the Board of Immigration Appeals. When considering a motion to proceed in forma pauperis on a petition for review of an agency proceeding, the court evaluates whether petitioner's motion complies with Fed. R. App. P. 24(a)(1). The motion must be accompanied by an affidavit that shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs, must claim an entitlement to redress; and state the issues that the party intends to present on appeal. The petitioner has submitted documents meeting these requirements. Petitioner is unable to pay the fees and costs for this

application. Therefore, the motion to proceed in forma pauperis is GRANTED.

_____
CORY T. WILSON
*United States Circuit Judge*