# United States Court of Appeals for the Fifth Circuit

---

No. 20-61134

---

Alex Francois,

*Petitioner*,

versus

William P. Barr, *U.S. Attorney General*,

*Respondent*.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A213 071 387

_____

Before Jones, Costa, and Wilson, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the Petitioner's opposed motion for stay of removal pending review is DENIED.