# United States Court of Appeals for the Fifth Circuit

---

No. 20-61134

---

ALEX FRANCOIS,

*Petitioner,*

*versus*

MERRICK GARLAND, U.S. ATTORNEY GENERAL,

*Respondent.*

---

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A213 071 387

---

ORDER:

IT IS ORDERED that the motion of 42 Former Immigration Judges and Members of the Board of Immigration Appeals to file an amicus curiae brief, in support of the petitioner, is GRANTED.

IT IS FURTHER ORDERED that the motion of Disability Rights Texas and the Judge David L. Bazelon Center for Mental Health Law to file an amicus curiae brief, in support of the petitioner, is GRANTED.

CORY T. WILSON
*United States Circuit Judge*