# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 13, 2025

Lyle W. Cayce
Clerk

No. 20-61134

ALEX FRANCOIS,

*Petitioner,*

*versus*

MERRICK GARLAND, *U.S. Attorney General*,

*Respondent.*

_____

Petition for Review from an Order of the
Board of Immigration Appeals
Agency No. A213 071 387

_____

ON PETITION FOR PANEL REHEARING

Before STEWART, DENNIS, and WILSON, *Circuit Judges.*

PER CURIAM:

IT IS ORDERED that the petition for panel rehearing is DENIED.